UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
LIBERTY INSURANCE CORPORATION,  :
          :
                Plaintiff,  :
          :          22-cv-1081 (VSB)
      -against-     :
          :          **ORDER**
NEW YORK MARINE AND GENERAL  :
INSURANCE COMPANY, et al.,  :
          :
                Defendants.  :
          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 8, 2022, (Doc. 1), and filed an affidavit of service for Defendant Hudson Excess Insurance Company ("Hudson Excess") on March 7, 2022, (Doc. 12). The deadline for Hudson Excess to respond to Plaintiff's complaint was March 21, 2022. (*See* Doc. 12.) To date, Hudson Excess has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Hudson Excess. Accordingly, if Plaintiff intends to seek a default judgment against Hudson Excess, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 4, 2022. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation against Hudson Excess, I may dismiss Plaintiff's claims against Hudson Excess for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 28, 2022
           New York, New York
                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge