UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22cv1081 (DLC)
LIBERTY INSURANCE CORP.,              :
                                      :         ORDER
                    Plaintiff,        :
          -v-                         :
                                      :
NEW YORK MARINE AND GENERAL INSURANCE :
CO., AMERICAN EMPIRE SURPLUS LINES    :
INSURANCE CO., and HUDSON EXCESS      :
INSURANCE CO.,                        :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    On February 8, 2022, the plaintiff filed a complaint in
this Court asserting diversity jurisdiction pursuant to 28
U.S.C. § 1332.  On August 17, this case was transferred to this
Court's docket.  Pursuant to this Court's Individual Practices,
it is hereby

    ORDERED that the plaintiff shall, by **September 9, 2022,**
file on ECF a letter no longer than two pages explaining the
basis for its belief that diversity of citizenship exists.
Where any party is a corporation, the letter shall state both
the place of incorporation and the principal place of business.
In cases where any party is a partnership, limited partnership,
limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

Dated:      New York, New York
            August 26, 2022

                                    _____
                                         DENISE COTE
                                  United States District Judge