```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv1081 (DLC)
LIBERTY INSURANCE CORP.,                 :
                                         :         ORDER
                         Plaintiff,      :
               -v-                       :
                                         :
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., AMERICAN EMPIRE SURPLUS LINES       :
INSURANCE CO., and HUDSON EXCESS         :
INSURANCE CO.,                           :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 13, 2022, defendant Hudson Excess Insurance Company filed a letter requesting permission to move to quash a subpoena. On September 15, the plaintiff filed a responsive letter. Accordingly, it is hereby

ORDERED that a conference regarding enforcement of the subpoena will be held on **September 30, 2022 at 11:00 A.M.** The conference shall be held in Courtroom 18B, 500 Pearl Street, New York NY 10007.

Dated:    New York, New York
          September 19, 2022

                              _____
                                       DENISE COTE
                              United States District Judge