```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LIBERTY INSURANCE CORPORATION,           :
                                         :       22cv1081(DLC)
                            Plaintiff,   :
                                         :           ORDER
            -v-                          :
                                         :
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., AMERICAN EMPIRE SURPLUS LINES       :
INSURANCE CO., and HUDSON EXCESS         :
INSURANCE CO.,                           :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED this case is placed on the **March 6, 2023** trial ready calendar.

Dated:   New York, New York
         January 4, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　         DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge