```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LIBERTY INSURANCE CORPORATION,           :
                                         :        22cv1081(DLC)
                         Plaintiff,      :
                                         :            ORDER
            -v-                          :
                                         :
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., and HUDSON EXCESS INSURANCE CO.,    :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial in the above-captioned action had been placed on the trial-ready calendar for March 6, 2023. The Joint Pretrial Order is due on February 16, 2023. It is hereby

ORDERED that the parties are notified that the trial in this action will commence on **March 20, 2023 at 9:30 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York. Please refer to this Court's Individual Practices in Civil Cases and the Order issued on October 27, 2022 for all pretrial related deadlines.

IT IS FURTHER ORDERED that a final pretrial conference will be held on **March 3, 2023 at 2:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 13, 2023

                                         _____
                                                 DENISE COTE
                                         United States District Judge