```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LIBERTY INSURANCE CORPORATION,           :
                                         :   22cv1081(DLC)
                      Plaintiff,         :
                                         :      ORDER
          -v-                            :
                                         :
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., AMERICAN EMPIRE SURPLUS LINES       :
INSURANCE CO., and HUDSON EXCESS         :
INSURANCE CO.,                           :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties having agreed that the trial will proceed on the stipulated record, it is hereby

ORDERED that summations will be heard on **March 20, 2023 at 10:00 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           February 16, 2023

                                     _____
                                           DENISE COTE
                                     United States District Judge