```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LIBERTY INSURANCE CORPORATION,           :
                                         :      22cv1081(DLC)
                           Plaintiff,    :
                                         :          ORDER
               -v-                       :
                                         :
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., AMERICAN EMPIRE SURPLUS LINES       :
INSURANCE CO., and HUDSON EXCESS         :
INSURANCE CO.,                           :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial was held on March 20, 2023. It is hereby

ORDERED that by **March 31, 2023,** any party requesting reimbursement for attorneys' fees and costs must produce to the party from which it is requesting reimbursement records for attorneys' fees and costs, including for each timekeeper, the total number of hours worked, the hourly rate charged, and the individual's position within the law firm.

IT IS FURTHER ORDERED that the parties will be referred to mediation to occur in the **last two weeks of April 2023.**

IT IS FURTHER ORDERED that the opening brief of a party seeking reimbursement for attorneys' fees and costs shall be filed by **May 5, 2023.** Any opposition of a party from which reimbursement is being sought shall be filed by **May 19, 2023.** Replies, if any, shall be filed by **May 26, 2023.** At the time

any reply is filed, the party seeking reimbursement shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 21, 2023

_____
DENISE COTE
United States District Judge