```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
LIBERTY INSURANCE CORPORATION,         :
                                       :         22cv1081(DLC)
                         Plaintiff,    :
                                       :            ORDER
            -v-                        :
                                       :
NEW YORK MARINE AND GENERAL INSURANCE  :
CO., AMERICAN EMPIRE SURPLUS LINES     :
INSURANCE CO., and HUDSON EXCESS       :
INSURANCE CO.,                         :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On March 22, 2023, an Opinion was issued in the bench trial in this action. The deadline for a motion for reconsideration of that Opinion was April 5. On April 18, defendant Hudson Excess Insurance Co. ("Hudson") filed a motion styled as a motion for a new trial pursuant to Rules 52 and 59, Fed. R. Civ. P. On April 19, Liberty requested that mediation between it and Hudson be canceled. It is hereby

ORDERED that Liberty shall file any opposition to Hudson's motion by **May 10, 2023**. A reply, if any, shall be filed by **May 24, 2023**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that mediation between Liberty and Hudson is canceled.

Dated:    New York, New York
          April 20, 2023

                                          DENISE COTE
                              United States District Judge