```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LIBERTY INSURANCE CORPORATION,           :
                                         :      22cv1081(DLC)
                            Plaintiff,   :
                                         :         ORDER
              -v-                        :
                                         :
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., AMERICAN EMPIRE SURPLUS LINES       :
INSURANCE CO., and HUDSON EXCESS         :
INSURANCE CO.,                           :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2023, defendants Hudson Excess Insurance Company and New York Marine and General Insurance Company filed a joint objection to plaintiff's bill of costs. Accordingly, it is hereby

ORDERED that the plaintiff may cure any defect in its bill of costs by **September 8, 2023,** or otherwise respond to the objection.

IT IS FURTHER ORDERED that any response by the defendants is due **September 22, 2023.**

Dated:   New York, New York
         August 25, 2023

                                       _____
                                              DENISE COTE
                                       United States District Judge