```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LIBERTY INSURANCE CORPORATION,           :
                                         :      22cv1081(DLC)
                          Plaintiff,     :
                                         :          ORDER
              -v-                        :
                                         :
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., AMERICAN EMPIRE SURPLUS LINES       :
INSURANCE CO., and HUDSON EXCESS         :
INSURANCE CO.,                           :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 28, 2023, defendant Hudson Excess Insurance Company filed a motion to stay the judgment of August 1 pending appeal. Accordingly, it is hereby

ORDERED that any opposition is due **September 18, 2023**. Any reply is due **October 2, 2023.**

Dated:   New York, New York
         August 29, 2023

                               _____
                                       DENISE COTE
                               United States District Judge