```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
LIBERTY INSURANCE CORPORATION,       :
                                     :          22cv1081(DLC)
                         Plaintiff,  :
                                     :              ORDER
              -v-                    :
                                     :
NEW YORK MARINE AND GENERAL INSURANCE :
CO., AMERICAN EMPIRE SURPLUS LINES    :
INSURANCE CO., and HUDSON EXCESS      :
INSURANCE CO.,                        :
                         Defendants.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On August 1, 2023, judgment was entered in this action. On August 10, plaintiff Liberty Insurance Corporation filed a bill of costs. On August 24, defendants Hudson Excess Insurance Company ("Hudson") and New York Marine and General Insurance Company filed a joint objection. An Order of August 25 set a schedule for the plaintiff to cure any deficiencies in its bill of costs and for the defendants to respond. On August 28, Hudson filed a notice of appeal. Pursuant to Local Rule 54.1, costs may not be taxed during the pendency of any appeal. On September 7, plaintiff Liberty Insurance Corporation filed a revised bill of costs as against New York Marine only. Accordingly, it is hereby

ORDERED that a final decision on costs as to Hudson will not be rendered during the pendency of the appeal. The

August 25 Order remains in effect as to New York Marine.

Dated:    New York, New York
          September 8, 2023

                                            _____
                                                    DENISE COTE
                                            United States District Judge

2