```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
LIBERTY INSURANCE CORPORATION,            :
                                          :
                         Plaintiff,       :
                                          :          22cv1081(DLC)
              -v-                         :
                                          :          ORDER
NEW YORK MARINE AND GENERAL INSURANCE     :
CO., AMERICAN EMPIRE SURPLUS LINES        :
INSURANCE CO., and HUDSON EXCESS          :
INSURANCE CO.,                            :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 1, 2023, judgment was entered in this action. On August 10, plaintiff Liberty Insurance Corporation filed a bill of costs. On August 24, defendants Hudson Excess Insurance Company ("Hudson") and New York Marine and General Insurance Company filed a joint objection. An Order of August 25, 2023 set a schedule for the plaintiff to cure any deficiencies in its bill of costs and for the defendants to respond. On August 28, Hudson filed a notice of appeal. An Order of September 8, 2023 reserved final decision on costs as to Hudson until the Second Circuit Court of Appeals resolved Hudson's appeal.

On August 13, 2025, the Second Circuit Court of Appeals affirmed this Court's judgment declaring that Hudson owes a duty of indemnification and reversed the award of attorney's fees to Liberty in connection with this litigation. Liberty Ins. Corp.

v. Hudson Excess Ins. Co., No. 23-1208, 2025 WL 2325902, at *15 (2d Cir. Aug. 13, 2025).  The mandate issued on **September 10, 2025**.  Accordingly, it is hereby

ORDERED that the parties shall provide a joint status letter addressing the outstanding bill of costs by **September 17, 2025**.

Dated:   New York, New York
         September 10, 2025

_____
DENISE COTE
United States District Judge