UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LIBERTY INSURANCE CORPORATION,           :
                                         :
                    Plaintiff,           :
                                         :     22cv1081(DLC)
          -v-                            :
                                         :     ORDER
NEW YORK MARINE AND GENERAL INSURANCE    :
CO., AMERICAN EMPIRE SURPLUS LINES       :
INSURANCE CO., and HUDSON EXCESS         :
INSURANCE CO.,                           :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   On September 17, 2025, the parties submitted a joint status letter indicating their positions regarding the bill of costs. Accordingly, it is hereby

   ORDERED that the Clerk of Court shall enter a bill of costs in favor of Liberty Insurance Company against New York Marine and General Insurance Company ("New York Marine") in the amount of $482.15.

   IT IS FURTHER ORDERED that Hudson Excess Insurance Company shall reimburse New York Marine $201.00 for its share of the cost of the filing fee.

Dated:   New York, New York
         September 18, 2025

                                         _____
                                              DENISE COTE
                                         United States District Judge